JAMES T. FREEMAN - 53554
ALAN M. STEINBERG - 181787
**GOLDSBERRY, FREEMAN, GUZMAN & DITORA, LLP**
777 12th Street, Suite 250
Sacramento, CA  95814
Telephone:  (916) 448-0448
Facsimile: (916) 448-8628

Attorneys for Defendants DONALD KESERIC
and GLOBAL RESOURCE GROUP, INC.

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| JAYSON ELLIOTT, JACK BRIGGS and RUDD McCLORY,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DONALD KESERIC, an individual; GLOBAL RESOURCE GROUP, INC., a Florida corporation; JOHN MARTINO, an individual; and DOES 1 through 100,<br><br>　　　　　Defendants. | CASE NO.CIV.S-04-2737 DFL DAD<br><br>**ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO TRANSFER VENUE**<br><br>Date:   June 1, 2005<br>Time:  10:00 a.m.<br>Ctrm:   7<br>Judge: David F. Levi |

**IT IS HEREBY ORDERED**, pursuant to duly executed stipulation of the parties, by and through their respective counsel, that the hearing on defendants DONALD KESERIC and GLOBAL RESOURCE GROUP, INC.'s, Motion to Transfer Venue to U.S. District Court, Southern District of Florida, currently scheduled for June 1, 2005 be, and hereby is, continued to July 13, 2005 at the hour of 10:00 a.m. in Courtroom 7 of the above entitled Court.

**IT IS FURTHER ORDERED** that plaintiffs' opposition to and defendants' reply brief in support of the Motion to Transfer Venue shall be calendared from the new hearing date.

/ / /

/ / /

/ / /

1

DATED: May 12, 2005

_____
DAVID F. LEVI
United States District Judge

**Case Title:** *Elliott v. Keseric, et al.*
**Case Number:** U.S. District Court Case No. CIV.S-04-2737 DFL DAD

## PROOF OF SERVICE

I am employed in the County of Sacramento, State of California. I am over the age of 18 years and not a party to the within action; my business address is 777 12th Street, Suite 250, Sacramento, California 95814.

On May 12, 2005, I served the foregoing document(s) described as:

**ORDER CONTINUING HEARING ON DEFENDANTS' MOTION
TO TRANSFER VENUE**

on the interested parties in this action as follows:

| | |
|---|---|
| Andrew S. Mendlin, Esq.<br>Sapphira W. Pixler, Esq.<br>Curtis & Arata<br>1300 K Street, Second Floor<br>Modesto, CA 95354 | **Attorneys for Plaintiffs**<br><br>Tel: (209) 521-1800<br>Fax: (209) 572-3501 |

__X__ (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California.

_____ (VIA FACSIMILE) I caused such document to be sent via facsimile to the above-listed facsimile number.

_____ (BY FEDERAL EXPRESS) I caused such envelope with postage thereon fully prepaid to be placed in Federal Express mail at Sacramento, California.

_____ (PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed on May 12, 2005 at Sacramento, California.

　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　Frances E. Flasshe