IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYSON ELLIOTT, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD KESERIC, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. CIV. S-04-2737 DFL<br><br><br><u>ORDER RE DISPOSITION AFTER</u><br><u>NOTIFICATION OF SETTLEMENT</u> |

The court has been advised by Alan M. Steinberg, Esq., that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

Accordingly, IT IS ORDERED:

1. That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than July 14, 2005; and

//

//

//

1

1          2.   That all hearing dates previously set in this matter
2     are vacated.
3          IT IS SO ORDERED.
4     Dated:  6/29/2005

                                    _____
                                    DAVID F. LEVI
                                    United States District Judge